# EXHIBIT 1

Int. Cls.: **14, 16, 18, and 28**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 41, and 50**

## United States Patent and Trademark Office

Reg. No. 2,695,996
Registered Mar. 11, 2003

### TRADEMARK
PRINCIPAL REGISTER

*Le Petit Prince*

SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT-EXUPERY"SUCCESSION DE SAINT-EXUPERY-D'AGAY" (FRANCE CORPORATION)
CHATEAU D'AGAY
AGAY, 83700
SAINT-RAPHAEL, FRANCE

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-4-1999; IN COMMERCE 1-4-1999.

FOR: NOTE, WRITING, FACSIMILE TRANSMISSION PAPER; PLASTIC BAGS FOR PACKAGING; CALENDARS; AND ADHESIVE BANDS FOR STATIONERY OR HOUSEHOLD PURPOSES; PHOTOGRAPH ALBUMS, ANNOUNCEMENT CARDS, BOXES FOR PENS, GREETING CARDS, DRAWING PENS, DRAWING SETS, ENVELOPES, PASTEL CRAYONS, PENCIL HOLDERS, PENCILS, PENCIL SHARPENERS, PENHOLDERS, PENS, POSTCARDS, POSTERS, RUBBER ERASERS, RULERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-27-2000; IN COMMERCE 1-27-2000.

FOR: TRAVEL BAGS, WALLETS, KEYHOLDERS, CHECKHOLDERS, VANITY CASES, ATTACHE CASES, CARHOLDERS, HAND LUGGAGES, POUCHES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-27-2000; IN COMMERCE 1-27-2000.

FOR: BOARD GAMES, CARD GAMES, WINDUP TOYS, SQUEEZABLE SQUEAKING TOYS, TOY WEAPONS, TOY STAMPS, TOY AND CRIB MOBILES, TOY ACTION FIGURES, TOY BOXES, TOY ACTION FIGURES AND ACCESSORIES THEREFOR; DOLLS, DOLL ACCESSORIES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-21-2001; IN COMMERCE 2-21-2001.

SN 75-486,823, FILED 5-19-1998.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# The Little Prince

**Reg. No. 5,706,587**

**Registered Mar. 26, 2019**

**Int. Cl.: 2, 3, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 32, 41**

**Service Mark**

**Trademark**

**Principal Register**



*Andrei Iancu*
Director of the United States
Patent and Trademark Office

SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT EXUPERY - SUCCESSION DE SAINT EXUPERY-D'AGAY (FRANCE société civile (sc))
Château D'agay, Agay
83700 Saint-raphaël, FRANCE

CLASS 2: Paints, varnishes, lacquers; Preservatives against rust and against deterioration of wood in the nature of a coating; colorants; mordant dyes; raw natural resins; metals in foil and powder form for painters, decorators, printers and artists; fixatives for watercolors in the nature of a varnish; thinners for paints; thickeners for paints; siccatives in the nature of drying agents for paints; binding preparations for paints

CLASS 3: Bleaching preparations and washing preparations for laundry use; cleaning, polishing, scouring and abrasive preparations; Soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; bath salts, not for medical purposes; cotton sticks for cosmetic purposes; cotton wool for cosmetic purposes; potpourris in the nature of fragrances; pumice stone for personal use; sachets for perfuming linen; scented wood; non-medicated toiletry preparations; decorative transfers for cosmetic purposes

CLASS 8: Tableware, namely, cutlery; Manicure sets

CLASS 9: Measuring apparatus and instruments, namely, thermometers other than for medical purposes, height rulers; apparatus and instruments for the supply, distribution, transformation, accumulation, regulation or control of electric current, namely, battery chargers, mobile power supply in the nature of a rechargeable battery; apparatus for recording, transmission or reproduction of sound or images; calculating machines, data processing equipment, computers; computer software, namely, computer game software, children's educational software; DVDs, video discs and video tapes with recorded animated cartoons; cases especially made for photographic apparatus and instruments; cell phone straps; computer peripheral devices; containers for contact lenses; covers for electric outlets; downloadable ring tones for mobile phones; downloadable music files; electronic publications, downloadable, namely, children's books and magazines, comic books, graphic novels; decorative magnets; mouse pads; spectacle cases; spectacle frames; blank USB flash drives; audiovisual recordings featuring children's entertainment; music recordings; video recordings featuring children's entertainment; animated films featuring children's entertainment; motion picture films featuring children's entertainment; electronic publications recorded on computer media, namely, children's books and magazines, comic books, graphic novels; battery chargers; mobile power supply in the nature of a rechargeable battery; protective covers and cases for cell phones; protective covers and cases for tablet computers

CLASS 11: Lamps; Decorative lights in the nature of electrically-illuminated figurines; Apparatus for heating, namely, hot water bottles; strings of lights; luminaries; desk lamps; bedside lights, namely, electric night lights; table lamps; wall lamps; pedestal lamps; hanging lamps; pocket searchlights; lanterns for lighting; glow books in the nature of electric night lights; illuminated panels; lighting apparatus for shadow puppet theatres; electric and battery-operated night lights; lamp globes; heaters, electric, for feeding bottles

CLASS 12: Baskets adapted for cycles; cycle bells; cycle saddles; saddle covers for bicycles or motorcycles; fitted covers for baby carriages; hoods for baby carriages; safety seats for children, for vehicles; fitted seat covers for vehicles; baby carriages; strollers; anti-theft

devices for vehicles; cycle pumps; sun-blinds adapted for automobiles

CLASS 14: Precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes, namely, figurines and works of art; jewellery, precious stones; horological and chronometric instruments; cases being parts of watches and clocks; cases adapted for holding watches for presentation; collectible coins; jewelry cases being caskets; key rings being trinkets or fobs of precious metal; silver medals; gold medals; watch bands; cases adapted for holding watches

CLASS 16: Paper, cardboard and goods made from these materials, not included in other classes, namely, writing paper, bibs of paper, boxes of cardboard or paper, table linen of paper, place mats of paper, coasters of paper, paper serviettes, paper handkerchiefs, paper bunting, paper tags, works of art and figurines of paper and cardboard, gift wrapping paper, shopping bags of paper; printed matter, namely, children's books and magazines, comic books, graphic novels, cookbooks, books for embroidery, puzzle books, writing or drawing books, coloring books, activity books, exercise books, language learning books being printed matter for instructional or teaching purposes, agendas, diaries, address books, notebooks, post cards, greeting cards, invitation cards, collectible trading cards, novelty diplomas, photo albums, event albums, sticker albums, lithographic prints, art prints; bookbinding material; photographs; stationery; adhesives for stationery or household purposes; artists' materials, namely, drawing instruments, palettes for painters, artists' watercolour saucers, painters' easels, modeling materials, pastel crayons, oil pastels; paint brushes; typewriters and office requisites except furniture, namely, desktop stationery cabinets, paper knives, correcting tapes, correcting fluids for documents, erasers, pencil sharpeners, rubber stamps, adhesive tape dispensers, holders for adhesive tapes, staplers, staples, thumbtacks, paper-clips; instructional and teaching material except apparatus, namely, blackboards; plastic materials for packaging not included in other classes, namely, film, bubble packs and bags; printers' type; printing blocks; Holders for checkbooks; passport holders; calendars; decals and stickers for use as home decor; posters; printed paper labels; prints; bookmarks; stickers; temporary tattoo transfers; embroidery design patterns printed on paper; printed patterns for making clothes; printed sewing patterns; Advent calendars and chocolate sold together as a unit

CLASS 18: Leather and imitations of leather, and goods made of these materials and not included in other classes, namely, suitcases, luggages, luggage tags, shoulder bags, holdalls, pochettes, leather or leather-board boxes; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; Attaché cases; backpacks; bags for sports; bandoliers; beach bags; bags for campers in the nature of a rucksack; bags for climbers in the nature of all-purpose carrying bags; handbags; garment bags for travel; key cases of leather; briefcases; calling card and business card cases being notecases; pocket wallets; pouch baby carriers; purses; school bags; shopping bags of canvas; sling bags for carrying infants; slings for carrying infants; unfitted vanity cases; wheeled shopping bags; Belt bags and hip bags; pouches of leather; pouches made from imitation leather; pouches of textile; tote bags

CLASS 20: Furniture, mirrors, picture frames; goods not included in other classes of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastics, namely, bins, boxes, figurines; Air cushions, not for medical purposes; air mattresses, not for medical purposes; air pillows, not for medical purposes; baby changing mats; bedding except linen, namely, bed pillows and feather beds; bolsters; chests for toys; clothes hooks, not of metal; coat hangers; coathooks, not of metal; covers for clothing in the nature of wardrobes; curtain tie-backs in the nature of non-textile curtain holders; cushions; furniture fittings, not of metal; door fittings, not of metal; door handles, not of metal; fans for personal use, non-electric; indoor window blinds being shades; infant walkers; mats for infant playpens; mobiles being decoration; wind chimes being decoration; magazine racks; newspaper display stands; paper blinds; pillows; playpens for babies; sleeping bags for camping; statues of wood, wax, plaster or plastic; statuettes of wood, wax, plaster or plastic; works of art, of wood, wax, plaster or plastic

CLASS 21: Household or kitchen containers; combs and sponges, namely, scrub sponges and cleaning sponges; brushes except paint brushes, namely, cleaning brushes for household use;

beverageware of glassware, porcelain and earthenware not included in other classes; portable baby bathtubs; paper towel dispensers in the nature of boxes of metal, for household use; baskets for domestic use; candy boxes; coasters other than of paper or of table linen; cookery molds; cookie cutters; bread bins; cookie jars; tea caddies; salt cellars; pepper pots; sugar bowls; tableware, other than knives, forks and spoons, namely, table plates, drinking glasses, tumblers, bowls, cups, mugs, egg cups, tea services, coffee services, place mats, not of paper or textile; tableware of porcelain, namely, cups, plates and bowls; tableware namely, bowls, tumblers, tea services, coffee services, place mats, not of paper or textile; cups of paper or plastic; disposable table plates; drinking vessels; bottle gourds; lunch boxes; napkin rings; napkin holders; cutting boards for the kitchen; trays for domestic purposes; dustbins; perfume burners; cosmetic utensils, namely, cosmetic brushes; toilet utensils, namely, toilet brushes and toilet brush holder; fitted vanity cases; comb cases; soap boxes; soap holders; soap dispensers; powder compacts; powder puffs; menu card holders; isothermic bags, namely, thermal insulated bags for food or beverages; piggy banks, not of metal; watering cans; flower pots; flower-pot covers, not of paper; works of art and figurines being statuettes of porcelain, ceramics, earthenware or glassware

CLASS 24: Textiles and textile goods, not included in other classes, namely, household linen, table linen, bath linen except clothing, travelling rugs being lap robes, sleeping bags in the nature of sheeting, handkerchiefs of textile, unfitted furniture covers; bed covers; plastic table covers; curtains of textile or plastic; shower curtains of textile or plastic; cloth flags; unfitted furniture coverings of plastic; bed linen; bed blankets; pillowcases; fabrics for textile use; interior decoration fabrics; printed fabric labels

CLASS 25: Clothing, namely, pullovers, shirts, pants, trousers, suits, dresses, skirts, coats, parkas, jackets, vests, uniforms, ponchos, capes, infantwear, nightwear, underwear, hosiery, teddies being underclothing, baby layettes for clothing, bodysuits, headscarves, neckties, sashes for wear, sleepwear for babies in the nature of baby sleeping bags and sleep sacks, dressing gowns, gowns, bath robes, aprons, painting aprons, suspenders, belts, money belts, shawls, masquerade costumes, costumes for use in children's dress up play, gloves, mittens, muffs, ear muffs, footmuffs, swimwear; footwear; headgear, namely, hats, caps, berets, hoods, sun visors being headwear, headbands; Bibs, not of paper; sleep masks; Baby bodysuits; hoodies being clothing; jerseys being clothing; jumpsuits; scarves; socks; sweatshirts; tops being clothing; t-shirts; tank tops

CLASS 26: Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles for sewing; artificial flowers; hair ornaments; barrettes being hair-slides; hair bands; hair pins; belt clasps; brassards; brooches being clothing accessories; buckles for clothing; hat ornaments, not of precious metal; haberdashery, except thread, namely, fabric appliques; sewing boxes; heat adhesive patches for decoration of textile articles being haberdashery; heat adhesive patches for repairing textile articles; letters for marking linen in the nature of marking pins; badges for wear, not of precious metal, namely, ornamental novelty badges; shoe laces; shoe ornaments, not of precious metal; Appliques being haberdashery; ornamental cloth patches

CLASS 27: Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; non-textile wall hangings; Wallpaper; Wallpaper in the nature of roomsize decorative adhesive wall coverings; wall coverings of paper; wall coverings of plastic; wall coverings of textile

CLASS 28: Games and playthings, namely, robots being playthings, balls for games, soft play balls, toy musical boxes, puzzle boxes, snow globes, toy picture cubes, toy stacking blocks, toy tea sets, toy figures, dominoes, lottery games being parlour games, parlor games, toys incorporating money boxes, magnetic spinning musical boxes being toys, spinning musical boxes being toys, soft sculpture toys, dolls, cube puzzles, jigsaw puzzles, artificial Christmas trees, playmats and early-learning mats for babies containing infant toys, spinning tops, shadow puppet theatres being playthings for children, toy trolleys, swings, toy building blocks, card games, playing cards, playing card cases, kites, rocking horses, toy swords, building games, portable games with liquid crystal displays, video game machines, fairground ride apparatus, puppets, swimming pools being play articles, inflatable pools for recreational use, toy scooters, toy vehicles, radio-controlled toy vehicles, puzzles, board games, bowling pins, plush toys, bath toys, baby gyms, toy mobiles, electronic games for the teaching of

children, children's multiple activity toys, novelty toys for parties, children's dress-up accessories, children's educational toys for developing fine motor, cognitive and counting skills; Gymnastic and sporting articles not included in other classes except sporting articles relating to tennis, badminton, squash and racquetball, particularly excluding rackets, balls, strings, straps, grips, vibration dampeners, ball-throwing machines, namely, swimming belts, water wings, ice skates, roller skates, in-line roller skates, trampolines; decorations for Christmas trees

CLASS 30: Coffee, tea, cocoa, sugar, rice, tapioca, sago, artificial coffee; flour and preparations made from cereals, namely, cereal bars, cereal-based snack food; bread, pastry and confectionery, namely, biscuits, cakes, candies being sweets, confectionery made of sugar, chocolate confections, frozen confectionery, ices; honey, treacle; yeast, baking-powder; salt, mustard; vinegar, sauces being condiments; spices; Cocoa-based beverages; chocolate-based beverages; tea-based beverages; chocolate bars; cookies; chocolate candy for use in advent calendars; candy in the nature of edible decorations for Christmas trees; chocolate candy in the form of chocolate eggs

CLASS 32: Mineral and aerated waters and other non-alcoholic drinks, namely, beverages flavored with tea, beverages flavored with coffee; fruit drinks and fruit juices; syrups for making non-alcoholic beverages

CLASS 41: Education, namely, providing classes and seminars in the field of children's entertainment; providing training in the field of children's entertainment; entertainment, namely, providing play facilities for children, providing on-line interactive children's stories; Booking of seats for shows; providing information about education; entertainment information; games equipment rental; providing on-line electronic publications, not downloadable, namely, children's books and magazines, comic books, graphic novels; publication of books; publication of electronic books and journals on-line; publication of texts, other than publicity texts; rental of show scenery; rental of stage scenery; radio entertainment, namely, on-going radio programs in the field of children's entertainment; television entertainment, namely, on-going television programs in the field of children's entertainment; rental of show scenery; rental of cine-films; toy rental; games equipment rental; videotape editing; production of radio and television programmes; music-halls; organization of fashion shows for entertainment purposes; operating lotteries; arranging shows, namely, planning arrangement of showing shows, plays, or musical performances; organization of exhibitions for cultural or educational purposes; amusement parks; lending of books and other publications; film production, other than advertising films; production of music; publication of printed matter, in particular books, newspapers, magazines, manuals, posters and brochures; theatre productions; holiday camp services for entertainment; providing on-line computer games; providing museum exhibitions; movie studios; charitable services, namely, providing of books and educational material in the nature of books, puzzles, and magazines to those in need

OWNER OF EUROPEAN UNION , REG. NO. 010845683, DATED 08-29-2015, EXPIRES 04-27-2022

OWNER OF EUROPEAN UNION , REG. NO. 013335864, DATED 10-07-2014, EXPIRES 04-27-2022

The mark consists of "The Little Prince" in a stylized form.

SER. NO. 87-245,525, FILED 11-22-2016

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,706,588**

**Registered Mar. 26, 2019**

**Int. Cl.: 2, 3, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 31, 32, 41**

**Service Mark**

**Trademark**

**Principal Register**

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT EXUPERY - SUCCESSION DE SAINT EXUPERY-D'AGAY  (FRANCE société civile (sc) )
Château D'agay, Agay
83700 Saint-raphaël, FRANCE

CLASS 2: Paints, varnishes, lacquers; metals in foil and powder form for painters, decorators, printers and artists

CLASS 3: Soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; shower gels; shampoos; bath salts, not for medical purposes; cotton sticks for cosmetic purposes; cotton wool for cosmetic purposes; non-medicated toiletry preparations; decorative transfers for cosmetic purposes

CLASS 8: Tableware, namely, cutlery; cutlery for use by babies; cutlery for use by children

CLASS 9: measuring apparatus and instruments, namely, thermometers other than for medical purposes; apparatus for recording, transmission or reproduction of sound or images; DVDs, video discs and video tapes with recorded animated cartoons; audiovisual recordings featuring children's entertainment; music recordings; video recordings featuring children's entertainment; animated films featuring children's entertainment; motion picture films featuring children's entertainment; calculation machines, data processing equipment and computers; computer software, namely, children's educational software; computer game software; electronic publications recorded on computer media, namely, children's books and magazines, comic books, graphic novels; electronic publications, downloadable, namely, children's books and magazines, comic books, graphic novels; panels for wall switches, namely, electric switch plates; magnets; graduated rulers; decorative magnets; height rulers in the nature of measuring instruments; portable media players; headphones; loudspeakers; computer peripheral devices; blank USB flash drives; sleeves for laptops; mouse pads; mobile telephone apparatus; mobile phone cases; mobile phone covers; spectacle cases; containers for contact lenses; telescopes; cases especially made for photographic apparatus and instruments; spectacle frames

CLASS 11: lighting apparatus, namely, decorative lights in the nature of electrically illuminated figurines; heating apparatus, namely, hot water bottles; strings of lights; luminaries; lamps; string lights for festive decoration; desk lamps; bedside lights, namely, electric night lights; table lamps; wall lamps; pedestal lamps; hanging lamps; pocket searchlights; lanterns for lighting; glow books in the nature of electric night lights; illuminated panels; lighting apparatus for shadow puppet theatres; electric and battery-

operated night lights; lamp globes; heaters, electric, for feeding bottles

CLASS 12: fitted seat covers for vehicles; strollers; safety seats for children, for vehicles

CLASS 14: Precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes, namely, figurines and works of art; jewellery, precious stones; horological and chronometric instruments; rings being jewellery; boxes of precious metal; jewellery boxes; jewelry cases being caskets; jewellery bracelets; brooches being jewellery; necklaces being jewellery; clocks; medals; medals made of precious metals; silver medals; gold medals; watches; lapel pins; pins being jewellery; novelty key rings; key rings of precious metal; alarm clocks; statuettes, figurines and works of art of precious metal; chains being jewellery; cuff links; tie pins; cases being parts of watches and clocks; cases for holding watches for presentation; collectible coins; watch bands; cases adapted for holding watches

CLASS 16: Paper, cardboard and goods made from these materials, not included in other classes, namely, table linen of paper; printed matter, namely, children's books and magazines, graphic novels, books for embroidery, exercise books, art prints; bookbinding material; photographs; stationery; adhesives for stationery or household purposes; artists' materials, namely, drawing instruments, palettes for painters, artists' watercolour saucers, pastel crayons, oil pastels; paint brushes; typewriters and office requisites except furniture, namely, desktop stationery cabinets, correcting tapes, correcting fluids for documents, erasers, rubber stamps, adhesive tape dispensers, holders for adhesive tapes, staplers, staples, thumbtacks, paper-clips; plastic materials for packaging not included in other classes, namely, film, bubble packs and bags; printers' type; printing blocks; posters; agenda books; loose-leaf diaries being tear-off calendars; school diaries; photographic albums; wedding albums; baby books; nursery albums in the nature of photo books; sticker albums; trading cards and stickers; bibs of paper; paper memo pad cubes; pocket memorandum books; writing paper pads; boxes of paper or cardboard; writing or drawing books; activity books; language learning books being printed matter for instructional or teaching purposes; colouring books; notebooks; calendars; advent calendars; address pads in the nature address books; secret notebook; birthday cards; christmas cards; musical greeting cards; greetings cards; invitation cards; postcards; padfolios; exercise-book covers; pencils; drawing pencil; wax crayons; color pencils; paper drinks coasters, paper place mats; novelty diplomas; envelopes being stationery; paper tags; paper gift tags; announcement cards being stationery; occasion cards; birth announcement cards being stationery; paper sheets being stationery; rubber erasers; paper bunting; lithographs; books for children; cookbooks; bookmarks; palettes for painters; writing paper; gift wrapping paper; school photographs; pen cases; stencil plates; paperweights; pencil cups in the nature of pencil holders; drafting and drawing rulers; shopping bags of paper; bookends; paper serviettes; table mats of paper or cardboard; fountain pens; blackboards; pencil sharpeners; inking pads; removable tattoos being decalcomanias; ink stamps; school pencil cases; window stickers; aquarelles; writing slates; comic strips; painters' easels; desktop cabinets for stationery being office requisites; letter trays; paper knives being office requisites; writing chalk; works of art being figurines in the nature of statuettes of papier mâché; wirebound books; modelling materials for use by children; handkerchiefs of paper; tablecloths of paper; drawing pens; pen nibs; Decals and stickers for use as home decor; printed paper labels; prints; embroidery design patterns printed on paper; printed patterns for making clothes; printed sewing patterns; holders for checkbooks; passport holders; bath books, namely, children's books featuring waterproof pages and covers; textile early-learning books for children; educational publications, namely, puzzle books for children; Advent calendars and chocolate sold together as a unit

CLASS 18: Leather and imitations of leather, and goods made of these materials and not included in other classes, namely, suitcases, luggage, luggage tags; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; school bags; holdalls; pochettes; key holders in the form of cases; pocket wallets; purses; shoulder bags; backpacks; handbags; school bags; beach bags; all purpose sport bags; bags for campers in the nature of a rucksack; bags for climbers in the nature of all-purpose carrying bags; shopping bags of canvas; reusable shopping bags for groceries; work bags in the nature of briefcases; wheeled shopping bags; belt bags and hip bags; toiletry cases sold empty; valises; boxes of leather; slings for carrying infants; key cases; attaché cases; briefcases; pouch baby carriers; leather travelling sets comprised of suitcases; Bandoliers; garment bags for travel; calling card and business card cases being notecases; pouches of leather; pouches made from imitation leather;

pouches of textile; tote bags; sling bags for carrying infants

CLASS 20: Furniture, mirrors, picture frames; Bins of wood or plastic; boxes of wood or plastic for the storage of playthings; photograph frames; chairs being seats; highchairs for babies; chests for toys; cushions; armchairs; works of art and figurines being statuettes of wood, wax, plaster or plastic; figurines being statuettes of wood resin; figurines being statuettes of cold cast resin; figurines being statuettes of synthetic resin; bed fittings, not of metal; bumpers and valances being bed fittings, not of metal; kitchen furniture; furniture for storage; personal compact mirrors; pillows; clothes hooks not of metal; curtain tie-backs in the nature of non-textile curtain holders; non-metal key rings; display boards; tables being furniture; stools; baby changing mats; mats for infant playpens; cots; picture mouldings being frames; settees; sofas; beds; cribs; school furniture; playpens for babies; sleeping bags; infant walkers; Air cushions, not for medical purposes; air mattresses, not for medical purposes; air pillows, not for medical purposes; bedding except linen, namely, bed pillows and feather beds; bolsters; coat hangers; coathooks, not of metal; covers for clothing in the nature of wardrobes; furniture fittings, not of metal; door fittings, not of metal; fans for personal use, non-electric; indoor window blinds being shades; mobiles being decoration; wind chimes being decoration; magazine racks; newspaper display stands; spreading boards in the nature of display boards

CLASS 21: Household or kitchen containers; combs and sponges, namely, scrub sponges and cleaning sponges; brushes except paint brushes, namely, cleaning brushes for household use; beverageware of glassware, porcelain and earthenware not included in other classes; works of art and figurines being statuettes of porcelain, ceramics, earthenware or glassware; decorative enamel eggs; table plates; plates of porcelain; melamine plates; boxes made of glass, porcelain, ceramic or earthenware; household containers, namely, enamel boxes; household containers, namely, tooth boxes for storing baby teeth; soap boxes; picnic boxes, namely, picnic baskets sold empty; lunch boxes; cookie jars; bread bins; tea caddies; candy boxes; basins being bowls; vases of porcelain; melamine bowls; bowls with suction cups; egg cups; coasters other than of paper or of table linen; dispensers for paper towels for household use; cookie cutters; bottle gourds; mugs; mugs of porcelain; mugs of melamine; trays for domestic purposes; napkin rings; cups; drinking mugs made of porcelain; cups of melamine; tableware, other than knives, forks and spoons, namely, bowls, tumblers, tea services, coffee services, place mats, not of paper or textile; drinking glasses being receptacles; enamel storage tidies in the nature of storage containers for household use; piggy banks; toothbrushes; containers for toothbrushes, namely, toothbrush cases; stands for tooth brushes, namely, toothbrush holders; perfume burners; waste paper baskets; drinking straws; bread boards; pepper pots; salt cellars; dustbins; thermally insulated containers for foods and beverages; isothermic bags, namely, thermal insulated bags for food or beverages; baby bathtubs; tumblers of silver-plated metal in the nature of drinking vessels; Baskets for domestic use; cookery molds; sugar bowls; disposable table plates; drinking vessels; napkin holders; cutting boards for the kitchen; cosmetic utensils, namely, cosmetic brushes; toilet utensils, namely, toilet brushes and toilet brush holder; fitted vanity cases; comb cases; soap holders; soap dispensers; powder compacts; powder puffs; menu card holders; watering cans; flower pots; flower-pot covers, not of paper; cups adapted for feeding babies and children

CLASS 24: Textiles and textile goods, not included in other classes, namely, household linen; bed covers; plastic table covers; bath capes, namely, hooded towels being bath linen; quilts; textile coasters; bedsheets; bed pads; covers for duvets; covers for cushions; travelling rugs being lap robes; curtains of textile or plastic; shower curtains of textile or plastic; towels and/or napkins of textile; place mats, not of paper; pillowcases; net curtains; bed linen; bath linen, except clothing; table linen, not of paper; handkerchiefs of textile; sleeping bags in the nature of sheeting; unfitted chair covers; unfitted sofa covers; cloth flags; unfitted furniture coverings of plastic; fabrics for textile use; interior decoration fabrics; printed fabric labels

CLASS 25: Clothing namely, pullovers, shirts, pants, trousers, suits, dresses, skirts, coats, parkas, jackets, vests, uniforms, ponchos, capes, infantwear, nightwear, hosiery, teddies being underclothing, baby layettes for clothing, headscarves, bath robes, aprons, money belts, costumes for use in children's dress up play, mittens, muffs, ear muffs, footmuffs, swimwear; footwear, headgear, namely, hats, berets, hoods, sun visors being headwear, headbands; bibs, not of paper; bodysuits; caps being headwear; Christmas hats; headscarves of silk; footwear for sport; footwear of plastic; neckties; silk ties; sashes for wear; sleepwear for babies in the

nature of baby sleeping bags and sleep sacks; dressing gowns; pyjamas; gowns; painting aprons; t-shirt; infantwear; suspenders; belts being clothing; shawls; socks; slippers; masquerade costumes; scarfs; gloves for clothing; swimsuits; underwear; baby bodysuits; hoodies being clothing; jerseys being clothing; jumpsuits; sweatshirts; tops being clothing; tank tops; sleep masks

CLASS 26: Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles for sewing; artificial flowers; ornamental novelty badges being buttons; brooches for clothing; hair ornaments; barrettes being hair-slides; hair bands; hair pins; belt clasps; brassards; buckles for clothing; hat ornaments, not of precious metal; haberdashery, except thread, namely, fabric appliques; sewing boxes; heat adhesive patches for decoration of textile articles being haberdashery; heat adhesive patches for repairing textile articles; letters for marking linen in the nature of marking pins; badges for wear, not of precious metal, namely, ornamental novelty badges; shoe laces; shoe ornaments, not of precious metal; Appliques being haberdashery; ornamental cloth patches

CLASS 27: Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; non-textile wall hangings; Wallpaper; Wallpaper in the nature of roomsize decorative adhesive wall coverings; wall coverings of paper; wall coverings of plastic; wall coverings of textile

CLASS 28: Games and playthings, namely, puzzles, board games, card games, bowling pins, plush toys, bath toys, baby gyms, toy mobiles, electronic games for the teaching of children, children's multiple activity toys, novelty toys for parties, children's dress-up accessories, children's educational toys for developing fine motor, cognitive and counting skills; decorations for Christmas trees; robots being playthings; balls for games; soft play balls; toy musical boxes; puzzle boxes; snow globes; baubles for decorating Christmas trees; stockings for Christmas presents; toy picture cubes; toy stacking blocks; toy tea sets; toy figures; tinsel for decorating Christmas trees; dominoes; lottery games being parlour games; parlor games; toys incorporating money boxes; magnetic spinning musical boxes being toys; spinning musical boxes being toys; soft sculpture toys; dolls; cube puzzles; jigsaw puzzles; artificial Christmas trees; playmats and early-learning mats for babies containing infant toys; spinning tops; shadow puppet theatres being playthings for children; toy trolleys; swings; toy building blocks; playing cards; playing card cases; swimming belts; kites; rocking horses; toy swords; water wings; building games; portable games with liquid crystal displays; video game machines; fairground ride apparatus; puppets; ice skates; roller skates; in-line roller skates; swimming pools being play articles; inflatable pools for recreational use; trampolines; toy scooters; toy vehicles; radio-controlled toy vehicles

CLASS 30: Coffee, tea, cocoa and artificial coffee; rice; tapioca and sago; flour and preparations made from cereals, namely, cereal bars, cereal-based snack food; bread, pastry and confectionery, namely, biscuits, cakes, candies being sweets, confectionery made of sugar, chocolate confections, frozen confectionery; sugar, honey, treacle; yeast, baking-powder; salt; mustard; vinegar, sauces; chocolate bars; cookies; chocolate candy for use in advent calendars; candy in the nature of edible decorations for Christmas trees; chocolate candy in the form of chocolate eggs; Cocoa-based beverages; chocolate-based beverages; tea-based beverages

CLASS 31: plant seeds, seeds for flowers; natural plants and flowers; live trees; baobabs trees; unprocessed seed grains; baobab seeds; cut, natural Christmas trees

CLASS 32: Mineral and aerated waters and other non-alcoholic beverages, namely, beverages flavored with tea, beverages flavored with coffee; fruit beverages and fruit juices; syrups for making non-alcoholic beverages

CLASS 41: Education, namely, providing classes and seminars in the field of children's entertainment; providing training in the field of children's entertainment; entertainment, namely, providing play facilities for children, providing on-line interactive children's stories; radio entertainment, namely, on-going radio programs in the field of children's entertainment; television entertainment, namely, on-going television programs in the field of children's entertainment; entertainment information; providing information about education; rental of show scenery; rental of cine-films; toy rental; games equipment rental; providing on-line

electronic publications, not downloadable, namely, children's books and magazines, comic books, graphic novels; videotape editing; production of radio and television programmes; music-halls; organization of fashion shows for entertainment purposes; operating lotteries; arranging of shows, namely, planning arrangement of showing shows, plays, or musical performances; organization of exhibitions for cultural or educational purposes; amusement parks; lending of books and other publications; film production, other than advertising films; production of music; publication of printed matter, in particular books, newspapers, magazines, manuals, posters and brochures; theatre productions; holiday camp services for entertainment; providing on-line computer games; providing museum exhibitions; movie studios; charitable services, namely, providing of books, educational material in the nature of books, puzzles, magazines to those in need

The color(s) light brown, orange, yellow, green, red, and grey is/are claimed as a feature of the mark.

OWNER OF EUROPEAN UNION , REG. NO. 012095337, DATED 01-21-2014, EXPIRES 08-28-2023

The mark consists of a stylized image of a young boy wearing a bow tie. The young boy has both hands at his sides. The boy has yellow and orange hair, red cheeks, bow tie and belt, green clothes, light brown skin, grey eyes, nose and mouth, and grey shoes. The mark is outlined in grey.

SER. NO. 87-245,632, FILED 11-22-2016

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,706,589**

**Registered Mar. 26, 2019**

**Int. Cl.: 2, 3, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 31, 32, 41**

**Service Mark**

**Trademark**

**Principal Register**

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT EXUPERY - SUCCESSION DE SAINT EXUPERY-D'AGAY (FRANCE société civile (sc))
Château D'agay, Agay
83700 Saint-raphaël, FRANCE

CLASS 2: Paints, varnishes, lacquers; metals in foil and powder form for painters, decorators, printers and artists

CLASS 3: Soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; shower gels; shampoos; bath salts, not for medical purposes; cotton sticks for cosmetic purposes; cotton wool for cosmetic purposes; non-medicated toiletry preparations; decorative transfers for cosmetic purposes

CLASS 8: Tableware, namely, cutlery; cutlery for use by babies; cutlery for use by children

CLASS 9: measuring apparatus and instruments, namely, thermometers other than for medical purposes; apparatus for recording, transmission or reproduction of sound or images; DVDs, video discs and video tapes with recorded animated cartoons; audiovisual recordings featuring children's entertainment; music recordings; video recordings featuring children's entertainment; animated films featuring children's entertainment; motion picture films featuring children's entertainment; calculation machines, data processing equipment and computers; computer software, namely, children's educational software; computer game software; electronic publications recorded on computer media, namely, children's books and magazines, comic books, graphic novels; electronic publications, downloadable, namely, children's books and magazines, comic books, graphic novels; panels for wall switches, namely, electric switch plates; magnets; graduated rulers; decorative magnets; height rulers in the nature of measuring instruments; portable media players; headphones; loudspeakers; computer peripheral devices; blank USB flash drives; sleeves for laptops; mouse pads; mobile telephone apparatus; mobile phone cases; mobile phone covers; spectacle cases; containers for contact lenses; telescopes; cases especially made for photographic apparatus and instruments; spectacle frames

CLASS 11: lighting apparatus, namely, decorative lights in the nature of electrically illuminated figurines; heating apparatus, namely, hot water bottles; strings of lights; luminaries; lamps; string lights for festive decoration; desk lamps; bedside lights, namely, electric night lights; table lamps; wall lamps; pedestal lamps; hanging lamps; pocket searchlights; lanterns for lighting; glow books in the nature of electric night lights; illuminated panels; lighting apparatus for shadow puppet theatres; electric and battery-

operated night lights; lamp globes; heaters, electric, for feeding bottles

CLASS 12: fitted seat covers for vehicles; strollers; safety seats for children, for vehicles

CLASS 14: Precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes, namely, figurines and works of art; jewellery, precious stones; horological and chronometric instruments; rings being jewellery; boxes of precious metal; jewellery boxes; jewelry cases being caskets; jewellery bracelets; brooches being jewellery; necklaces being jewellery; clocks; medals; medals made of precious metals; silver medals; gold medals; watches; lapel pins; pins being jewellery; novelty key rings; key rings of precious metal; alarm clocks; statuettes, figurines and works of art of precious metal; chains being jewellery; cuff links; tie pins; cases being parts of watches and clocks; cases for holding watches for presentation; collectible coins; watch bands; cases adapted for holding watches

CLASS 16: Paper, cardboard and goods made from these materials, not included in other classes, namely, table linen of paper; printed matter, namely, children's books and magazines, graphic novels, books for embroidery, exercise books, art prints; bookbinding material; photographs; stationery; adhesives for stationery or household purposes; artists' materials, namely, drawing instruments, palettes for painters, artists' watercolour saucers, pastel crayons, oil pastels; paint brushes; typewriters and office requisites except furniture, namely, desktop stationery cabinets, correcting tapes, correcting fluids for documents, erasers, rubber stamps, adhesive tape dispensers, holders for adhesive tapes, staplers, staples, thumbtacks, paper-clips; plastic materials for packaging not included in other classes, namely, film, bubble packs and bags; printers' type; printing blocks; posters; agenda books; loose-leaf diaries being tear-off calendars; school diaries; photographic albums; wedding albums; baby books; nursery albums in the nature of photo books; sticker albums; trading cards and stickers; bibs of paper; paper memo pad cubes; pocket memorandum books; writing paper pads; boxes of paper or cardboard; writing or drawing books; activity books; language learning books being printed matter for instructional or teaching purposes; colouring books; notebooks; calendars; advent calendars; address pads in the nature address books; secret notebook; birthday cards; christmas cards; musical greeting cards; greetings cards; invitation cards; postcards; padfolios; exercise-book covers; pencils; drawing pencil; wax crayons; color pencils; paper drinks coasters, paper place mats; novelty diplomas; envelopes being stationery; paper tags; paper gift tags; announcement cards being stationery; occasion cards; birth announcement cards being stationery; paper sheets being stationery; rubber erasers; paper bunting; lithographs; books for children; cookbooks; bookmarks; palettes for painters; writing paper; gift wrapping paper; school photographs; pen cases; stencil plates; paperweights; pencil cups in the nature of pencil holders; drafting and drawing rulers; shopping bags of paper; bookends; paper serviettes; table mats of paper or cardboard; fountain pens; blackboards; pencil sharpeners; inking pads; removable tattoos being decalcomanias; ink stamps; school pencil cases; window stickers; aquarelles; writing slates; comic strips; painters' easels; desktop cabinets for stationery being office requisites; letter trays; paper knives being office requisites; writing chalk; works of art being figurines in the nature of statuettes of papier mâché; wirebound books; modelling materials for use by children; handkerchiefs of paper; tablecloths of paper; drawing pens; pen nibs; Decals and stickers for use as home decor; printed paper labels; prints; embroidery design patterns printed on paper; printed patterns for making clothes; printed sewing patterns; holders for checkbooks; passport holders; bath books, namely, children's books featuring waterproof pages and covers; textile early-learning books for children; educational publications, namely, puzzle books for children; Advent calendars and chocolate sold together as a unit

CLASS 18: Leather and imitations of leather, and goods made of these materials and not included in other classes, namely, suitcases, luggage, luggage tags; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; school bags; holdalls; pochettes; key holders in the form of cases; pocket wallets; purses; shoulder bags; backpacks; handbags; school bags; beach bags; all purpose sport bags; bags for campers in the nature of a rucksack; bags for climbers in the nature of all-purpose carrying bags; shopping bags of canvas; reusable shopping bags for groceries; work bags in the nature of briefcases; wheeled shopping bags; belt bags and hip bags; toiletry cases sold empty; valises; boxes of leather; slings for carrying infants; key cases; attaché cases; briefcases; pouch baby carriers; leather travelling sets comprised of suitcases; Bandoliers; garment bags for travel; calling card and business card cases being notecases; pouches of leather; pouches made from imitation leather;

pouches of textile; tote bags; sling bags for carrying infants

CLASS 20: Furniture, mirrors, picture frames; Bins of wood or plastic; boxes of wood or plastic for the storage of playthings; photograph frames; chairs being seats; highchairs for babies; chests for toys; cushions; armchairs; works of art and figurines being statuettes of wood, wax, plaster or plastic; figurines being statuettes of wood resin; figurines being statuettes of cold cast resin; figurines being statuettes of synthetic resin; bed fittings, not of metal; bumpers and valances being bed fittings, not of metal; kitchen furniture; furniture for storage; personal compact mirrors; pillows; clothes hooks not of metal; curtain tie-backs in the nature of non-textile curtain holders; non-metal key rings; display boards; tables being furniture; stools; baby changing mats; mats for infant playpens; cots; picture mouldings being frames; settees; sofas; beds; cribs; school furniture; playpens for babies; sleeping bags; infant walkers; Air cushions, not for medical purposes; air mattresses, not for medical purposes; air pillows, not for medical purposes; bedding except linen, namely, bed pillows and feather beds; bolsters; coat hangers; coathooks, not of metal; covers for clothing in the nature of wardrobes; furniture fittings, not of metal; door fittings, not of metal; fans for personal use, non-electric; indoor window blinds being shades; mobiles being decoration; wind chimes being decoration; magazine racks; newspaper display stands; spreading boards in the nature of display boards

CLASS 21: Household or kitchen containers; combs and sponges, namely, scrub sponges and cleaning sponges; brushes except paint brushes, namely, cleaning brushes for household use; beverageware of glassware, porcelain and earthenware not included in other classes; works of art and figurines being statuettes of porcelain, ceramics, earthenware or glassware; decorative enamel eggs; table plates; plates of porcelain; melamine plates; boxes made of glass, porcelain, ceramic or earthenware; household containers, namely, enamel boxes; household containers, namely, tooth boxes for storing baby teeth; soap boxes; picnic boxes, namely, picnic baskets sold empty; lunch boxes; cookie jars; bread bins; tea caddies; candy boxes; basins being bowls; vases of porcelain; melamine bowls; bowls with suction cups; egg cups; coasters other than of paper or of table linen; dispensers for paper towels for household use; cookie cutters; bottle gourds; mugs; mugs of porcelain; mugs of melamine; trays for domestic purposes; napkin rings; cups; drinking mugs made of porcelain; cups of melamine; tableware, other than knives, forks and spoons, namely, bowls, tumblers, tea services, coffee services, place mats, not of paper or textile; drinking glasses being receptacles; enamel storage tidies in the nature of storage containers for household use; piggy banks; toothbrushes; containers for toothbrushes, namely, toothbrush cases; stands for tooth brushes, namely, toothbrush holders; perfume burners; waste paper baskets; drinking straws; bread boards; pepper pots; salt cellars; dustbins; thermally insulated containers for foods and beverages; isothermic bags, namely, thermal insulated bags for food or beverages; baby bathtubs; tumblers of silver-plated metal in the nature of drinking vessels; Baskets for domestic use; cookery molds; sugar bowls; disposable table plates; drinking vessels; napkin holders; cutting boards for the kitchen; cosmetic utensils, namely, cosmetic brushes; toilet utensils, namely, toilet brushes and toilet brush holder; fitted vanity cases; comb cases; soap holders; soap dispensers; powder compacts; powder puffs; menu card holders; watering cans; flower pots; flower-pot covers, not of paper; cups adapted for feeding babies and children

CLASS 24: Textiles and textile goods, not included in other classes, namely, household linen; bed covers; plastic table covers; bath capes, namely, hooded towels being bath linen; quilts; textile coasters; bedsheets; bed pads; covers for duvets; covers for cushions; travelling rugs being lap robes; curtains of textile or plastic; shower curtains of textile or plastic; towels and/or napkins of textile; place mats, not of paper; pillowcases; net curtains; bed linen; bath linen, except clothing; table linen, not of paper; handkerchiefs of textile; sleeping bags in the nature of sheeting; unfitted chair covers; unfitted sofa covers; cloth flags; unfitted furniture coverings of plastic; fabrics for textile use; interior decoration fabrics; printed fabric labels

CLASS 25: Clothing namely, pullovers, shirts, pants, trousers, suits, dresses, skirts, coats, parkas, jackets, vests, uniforms, ponchos, capes, infantwear, nightwear, hosiery, teddies being underclothing, baby layettes for clothing, headscarves, bath robes, aprons, money belts, costumes for use in children's dress up play, mittens, muffs, ear muffs, footmuffs, swimwear; footwear, headgear, namely, hats, berets, hoods, sun visors being headwear, headbands; bibs, not of paper; bodysuits; caps being headwear; Christmas hats; headscarves of silk; footwear for sport; footwear of plastic; neckties; silk ties; sashes for wear; sleepwear for babies in the

nature of baby sleeping bags and sleep sacks; dressing gowns; pyjamas; gowns; painting aprons; t-shirt; infantwear; suspenders; belts being clothing; shawls; socks; slippers; masquerade costumes; scarfs; gloves for clothing; swimsuits; underwear; baby bodysuits; hoodies being clothing; jerseys being clothing; jumpsuits; sweatshirts; tops being clothing; tank tops; sleep masks

CLASS 26: Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles for sewing; artificial flowers; ornamental novelty badges being buttons; brooches for clothing; hair ornaments; barrettes being hair-slides; hair bands; hair pins; belt clasps; brassards; buckles for clothing; hat ornaments, not of precious metal; haberdashery, except thread, namely, fabric appliques; sewing boxes; heat adhesive patches for decoration of textile articles being haberdashery; heat adhesive patches for repairing textile articles; letters for marking linen in the nature of marking pins; badges for wear, not of precious metal, namely, ornamental novelty badges; shoe laces; shoe ornaments, not of precious metal; Appliques being haberdashery; ornamental cloth patches

CLASS 27: Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; non-textile wall hangings; Wallpaper; Wallpaper in the nature of roomsize decorative adhesive wall coverings; wall coverings of paper; wall coverings of plastic; wall coverings of textile

CLASS 28: Games and playthings, namely, puzzles, board games, card games, bowling pins, plush toys, bath toys, baby gyms, toy mobiles, electronic games for the teaching of children, children's multiple activity toys, novelty toys for parties, children's dress-up accessories, children's educational toys for developing fine motor, cognitive and counting skills; decorations for Christmas trees; robots being playthings; balls for games; soft play balls; toy musical boxes; puzzle boxes; snow globes; baubles for decorating Christmas trees; stockings for Christmas presents; toy picture cubes; toy stacking blocks; toy tea sets; toy figures; tinsel for decorating Christmas trees; dominoes; lottery games being parlour games; parlor games; toys incorporating money boxes; magnetic spinning musical boxes being toys; spinning musical boxes being toys; soft sculpture toys; dolls; cube puzzles; jigsaw puzzles; artificial Christmas trees; playmats and early-learning mats for babies containing infant toys; spinning tops; shadow puppet theatres being playthings for children; toy trolleys; swings; toy building blocks; playing cards; playing card cases; swimming belts; kites; rocking horses; toy swords; water wings; building games; portable games with liquid crystal displays; video game machines; fairground ride apparatus; puppets; ice skates; roller skates; in-line roller skates; swimming pools being play articles; inflatable pools for recreational use; trampolines; toy scooters; toy vehicles; radio-controlled toy vehicles

CLASS 30: Coffee, tea, cocoa and artificial coffee; rice; tapioca and sago; flour and preparations made from cereals, namely, cereal bars, cereal-based snack food; bread, pastry and confectionery, namely, biscuits, cakes, candies being sweets, confectionery made of sugar, chocolate confections, frozen confectionery; sugar, honey, treacle; yeast, baking-powder; salt; mustard; vinegar, sauces; chocolate bars; cookies; chocolate candy for use in advent calendars; candy in the nature of edible decorations for Christmas trees; chocolate candy in the form of chocolate eggs; Cocoa-based beverages; chocolate-based beverages; tea-based beverages

CLASS 31: plant seeds, seeds for flowers; natural plants and flowers; live trees; baobabs trees; unprocessed seed grains; baobab seeds; cut, natural Christmas trees

CLASS 32: Mineral and aerated waters and other non-alcoholic beverages, namely, beverages flavored with tea, beverages flavored with coffee; fruit beverages and fruit juices; syrups for making non-alcoholic beverages

CLASS 41: Education, namely, providing classes and seminars in the field of children's entertainment; providing training in the field of children's entertainment; entertainment, namely, providing play facilities for children, providing on-line interactive children's stories; radio entertainment, namely, on-going radio programs in the field of children's entertainment; television entertainment, namely, on-going television programs in the field of children's entertainment; entertainment information; providing information about education; rental of show scenery; rental of cine-films; toy rental; games equipment rental; providing on-line

electronic publications, not downloadable, namely, children's books and magazines, comic books, graphic novels; videotape editing; production of radio and television programmes; music-halls; organization of fashion shows for entertainment purposes; operating lotteries; arranging of shows, namely, planning arrangement of showing shows, plays, or musical performances; organization of exhibitions for cultural or educational purposes; amusement parks; lending of books and other publications; film production, other than advertising films; production of music; publication of printed matter, in particular books, newspapers, magazines, manuals, posters and brochures; theatre productions; holiday camp services for entertainment; providing on-line computer games; providing museum exhibitions; movie studios; charitable services, namely, providing of books, educational material in the nature of books, puzzles, magazines to those in need

The color(s) light brown, yellow, red, green, violet, white and black is/are claimed as a feature of the mark.

OWNER OF EUROPEAN UNION , REG. NO. 012095601, DATED 01-21-2014, EXPIRES 08-28-2023

The mark consists of a stylized image of a young boy with light brown skin and yellow hair wearing a long green and red cape with sleeves and yellow stars at the shoulders, violet boots to his knees, and a violet flower at his neck. He has one hand on his hip and is holding a violet sword with his other hand. Under his cape he is wearing white clothes and a yellow belt. His eyes, nose, mouth and outline are in black.

SER. NO. 87-245,646, FILED 11-22-2016

# United States of America
## United States Patent and Trademark Office

# Le Petit Prince

**Reg. No. 5,751,737**

**Registered May 14, 2019**

**Int. Cl.: 2, 3, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 31, 32, 41**

**Service Mark**

**Trademark**

**Principal Register**



*Andrei Iancu*
Director of the United States
Patent and Trademark Office

SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT EXUPERY - SUCCESSION DE SAINT EXUPERY-D'AGAY (FRANCE société civile (sc))
Château D'agay, Agay
83700 Saint-raphaël, FRANCE 83700

CLASS 2: (Based on 44(e)) Paints, varnishes, lacquers; Preservatives against rust and against deterioration of wood in the nature of a coating; colorants; mordant dyes; metals in foil and powder form for painters, decorators, printers and artists; raw natural resins; fixatives for watercolors in the nature of a varnish; thinners for paints; thickeners for paints; siccatives in the nature of drying agents for paints; binding preparations for paints

CLASS 3: (Based on 44(e)) Bleaching preparations and washing preparations for laundry use; cleaning, polishing, degreasing and abrasive preparations for household use; Soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; bath salts, not for medical purposes; cotton sticks for cosmetic purposes; cotton wool for cosmetic purposes; potpourris in the nature of fragrances; pumice stone for personal use; sachets for perfuming linen; scented wood; non-medicated toiletry preparations; decorative transfers for cosmetic purposes

CLASS 8: (Based on 44(e)) Tableware, namely, cutlery; Manicure sets

CLASS 9: (Based on 44(e)) Measuring apparatus and instruments, namely, thermometers other than for medical purposes, height rulers; apparatus and instruments for the supply, distribution, transformation, accumulation, regulation or control of electric current, namely, battery chargers, mobile power supply in the nature of a rechargeable battery; apparatus for recording, transmission or reproduction of sound or images; calculating machines, data processing equipment and computers; DVDs, video discs and video tapes with recorded animated cartoons; cases especially made for photographic apparatus and instruments; computer peripheral devices; containers for contact lenses; covers for electric outlets; electronic publications, downloadable, namely, children's books and magazines, comic books, graphic novels; decorative magnets; mouse pads; spectacle cases; spectacle frames; recorded computer software, namely, children's educational software; downloadable computer software, namely, children's educational software; computer game programs; audiovisual recordings featuring children's entertainment; music recordings; video recordings featuring children's entertainment; animated films featuring children's entertainment; motion picture films featuring children's entertainment; electronic publications recorded on computer media, namely, children's books and magazines, comic books, graphic novels; battery chargers; mobile power supply in the nature of a rechargeable battery; blank USB flash drives; protective covers and cases for cell phones; protective covers and cases for tablet computers; cell phone straps; downloadable ring tones for mobile phones; downloadable music files

CLASS 11: (Based on Use in Commerce) lighting apparatus, namely, decorative lights in the nature of electrically illuminated figurines; heating apparatus, namely, hot water bottles; strings of lights; luminaries; lamps; string lights for festive decoration; desk lamps; bedside lights, namely, electric night lights; table lamps; wall lamps; pedestal lamps; hanging lamps; pocket searchlights; lanterns for lighting; glow books in the nature of electric night lights; illuminated panels; lighting apparatus for shadow puppet theatres; electric and battery-operated night lights; lamp globes; heaters, electric, for feeding bottles

FIRST USE 2-00-2015; IN COMMERCE 2-00-2015

CLASS 12: (Based on 44(e)) Baskets adapted for cycles; cycle bells; cycle saddles; saddle covers for bicycles or motorcycles; fitted covers for baby carriages; hoods for baby carriages; safety seats for children, for vehicles; fitted seat covers for vehicles; baby carriages; strollers; anti-theft devices for vehicles; cycle pumps; sun-blinds adapted for automobiles

CLASS 14: (Based on 44(e)) Precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes, namely, figurines and works of art; precious stones; horological and chronometric instruments; Cases being parts of watches and clocks; cases adapted for holding watches for presentation; collectible coins; jewelry cases being caskets; key rings being trinkets or fobs of precious metal; silver medals; gold medals; watch bands; cases adapted for holding watches

CLASS 16: (Based on 44(e)) Paper, cardboard and goods made from these materials, not included in other classes, namely, bibs of paper, boxes of cardboard or paper, table linen of paper, place mats of paper, coasters of paper, paper serviettes, paper handkerchiefs, paper bunting, paper tags, works of art and figurines of paper and cardboard, gift wrapping paper, shopping bags of paper; printed matter, namely, children's books and magazines, comic books, graphic novels, cookbooks, books for embroidery, puzzle books, writing or drawing books, coloring books, activity books, exercise books, language learning books being printed matter for instructional or teaching purposes, agendas, diaries, address books, notebooks, invitation cards, collectible trading cards, novelty diplomas, event albums, sticker albums, lithographic prints, art prints; photographs; stationery; adhesives for stationery or household purposes; artists' materials, namely, drawing instruments, palettes for painters, artists' watercolour saucers, painters' easels, modeling materials, pastel crayons, oil pastels; paint brushes; typewriters and office requisites except furniture, namely, desktop stationery cabinets, paper knives, correcting tapes, correcting fluids for documents, erasers, pencil sharpeners, rubber stamps, adhesive tape dispensers, holders for adhesive tapes, staplers, staples, thumbtacks, paper-clips; instructional and teaching material except apparatus, namely, blackboards; plastic materials for packaging not included in other classes, namely, film, bubble packs and bags; printers' type; printing blocks; holders for checkbooks; passport holders; Decals and stickers for use as home decor; printed paper labels; prints; bookmarks; stickers; temporary tattoo transfers; embroidery design patterns printed on paper; printed patterns for making clothes; printed sewing patterns; Advent calendars and chocolate sold together as a unit

CLASS 18: (Based on 44(e)) Leather and imitations of leather, and goods made of these materials and not included in other classes, namely, suitcases, luggages, luggage tags, shoulder bags, holdalls, pochettes, leather or leather-board boxes; animal skins; trunks; umbrellas, parasols and walking sticks; whips, harness and saddlery; Backpacks; bandoliers; beach bags; bags for campers in the nature of rucksack; bags for climbers in the nature of all-purpose carrying bags; handbags; garment bags for travel; briefcases; card cases (notecases) calling card and business card cases being notecases; purses; school bags; shopping bags of canvas; sling bags for carrying infants; wheeled shopping bags; pouch baby carriers; belt bags and hip bags; pouches of leather; pouches made from imitation leather; pouches of textile; tote bags; bags for sports; slings for carrying infants

CLASS 20: (Based on 44(e)) Furniture, mirrors, picture frames; goods (not included in other classes) of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastics, namely, bins, boxes, figurines, infant walkers; Air cushions, not for medical purposes; air mattresses, not for medical purposes; air pillows, not for medical purposes; bedding except linen, namely, bed pillows and feather beds; bolsters; chests for toys; clothes hooks, not of metal; coat hangers; coathooks, not of metal; covers for clothing in the nature of wardrobes; curtain tie-backs in the nature of non-textile curtain holders; cushions; furniture fittings, not of metal; door fittings, not of metal; fans for personal use, non-electric; indoor window blinds being shades; mobiles being decoration; wind chimes being decoration; magazine racks; newspaper display stands; pillows; playpens for babies; sleeping bags for camping; statues of wood, wax, plaster or plastic; statuettes of wood, wax, plaster or plastic; works of art, of wood, wax, plaster or plastic; Baby changing mats; mats for infant playpens

CLASS 21: (Based on 44(e)) Household or kitchen containers; combs and sponges, namely, scrub sponges and cleaning sponges; brushes except paint brushes, namely, cleaning brushes for household use; beverageware of glassware, porcelain and earthenware not included in other classes; portable baby bathtubs; paper towel dispensers in the nature of boxes of metal, for household use; baskets for domestic use; candy boxes; coasters other than of paper or of table linen; cookery molds; cookie cutters; bread bins; cookie jars; tea caddies; salt cellars; pepper pots; sugar bowls; tableware, other than knives, forks and spoons, namely, table plates, drinking glasses, tumblers, bowls, cups, mugs, egg cups, tea services, coffee services, place mats, not of paper or textile; tableware of porcelain, namely, cups, plates and bowls; tableware namely, bowls, tumblers, tea services, coffee services, place mats, not of paper or textile; cups of paper or plastic; disposable table plates; drinking vessels; bottle gourds; lunch boxes; napkin rings; napkin holders; cutting boards for the kitchen; trays for domestic purposes; dustbins; perfume burners; cosmetic utensils, namely, cosmetic brushes; toilet utensils, namely, toilet brushes and toilet brush holder; fitted vanity cases; comb cases; soap boxes; soap holders; soap dispensers; powder compacts; powder puffs; menu card holders; isothermic bags, namely, thermal insulated bags for food or beverages; piggy banks, not of metal; watering cans; flower pots; flower-pot covers, not of paper; works of art and figurines being statuettes of porcelain, ceramics, earthenware or glassware

CLASS 24: (Based on 44(e)) Textiles and textile goods, not included in other classes, namely, household linen, table linen, bath linen except clothing, travelling rugs being lap robes, sleeping bags in the nature of sheeting, handkerchiefs of textile, unfitted furniture covers; bed covers; plastic table covers; curtains of textile or plastic; shower curtains of textile or plastic; cloth flags; unfitted furniture coverings of plastic; bed linen; bed blankets; pillowcases; fabrics for textile use; interior decoration fabrics; printed fabric labels

CLASS 25: (Based on 44(e)) Clothing, namely, pullovers, shirts, pants, trousers, suits, dresses, skirts, coats, parkas, jackets, vests, uniforms, ponchos, capes, infantwear, nightwear, underwear, hosiery, teddies being underclothing, baby layettes for clothing, bodysuits, headscarves, neckties, sashes for wear, sleepwear for babies in the nature of baby sleeping bags and sleep sacks, dressing gowns, gowns, bath robes, aprons, painting aprons, suspenders, belts, money belts, shawls, masquerade costumes, costumes for use in children's dress up play, gloves, mittens, muffs, ear muffs, footmuffs, swimwear; footwear; headgear, namely, hats, caps, berets, hoods, sun visors being headwear, headbands; Bibs, not of paper; Baby bodysuits; hoodies being clothing; jerseys being clothing; jumpsuits; scarves; socks; sweatshirts; tops being clothing; t-shirts; tank tops; sleep masks

CLASS 26: (Based on 44(e)) Lace and embroidery, ribbons and braid; buttons, hooks and eyes, pins and needles for sewing; artificial flowers; hair ornaments; barrettes being hair-slides; hair bands; hair pins; belt clasps; brassards; brooches being clothing accessories; buckles for clothing; hat ornaments, not of precious metal; haberdashery, except thread, namely, fabric appliques; sewing boxes; heat adhesive patches for decoration of textile articles being haberdashery; heat adhesive patches for repairing textile articles; letters for marking linen in the nature of marking pins; badges for wear, not of precious metal, namely, ornamental novelty badges; shoe laces; shoe ornaments, not of precious metal; Appliques being haberdashery

CLASS 27: (Based on 44(e)) Carpets, rugs, mats and matting, linoleum and other materials for covering existing floors; non-textile wall hangings; Wallpaper; Wallpaper in the nature of roomsize decorative adhesive wall coverings; wall coverings of paper; wall coverings of plastic; wall coverings of textile

CLASS 28: (Based on 44(e)) Games and playthings, namely, robots being playthings, balls for games, soft play balls, toy musical boxes, puzzle boxes, snow globes, toy picture cubes, toy stacking blocks, toy tea sets, toy figures, dominoes, lottery games being parlour games, parlor games, toys incorporating money boxes, magnetic spinning musical boxes being toys, spinning musical boxes being toys, soft sculpture toys, cube puzzles, jigsaw puzzles, artificial Christmas trees, playmats and early-learning mats for babies containing infant toys, spinning tops, shadow puppet theatres being playthings for children, toy trolleys, swings, toy building blocks, playing cards, playing card cases, kites, rocking horses, toy swords, building games, portable games with liquid crystal displays, video game machines, fairground ride apparatus, puppets, swimming pools being play articles, inflatable pools for recreational use, toy

scooters, toy vehicles, radio-controlled toy vehicles, puzzles, bowling pins, plush toys, bath toys, baby gyms, toy mobiles, electronic games for the teaching of children, children's multiple activity toys, novelty toys for parties, children's dress-up accessories, children's educational toys for developing fine motor, cognitive and counting skills; Gymnastic and sporting articles not included in other classes except rackets, balls, string, straps, grips, vibration dampeners, eye protectors, tennis, badminton, squash and racketball ball-throwing machines, namely, swimming belts, water wings, ice skates, roller skates, in-line roller skates, trampolines; decorations for Christmas trees

CLASS 30: (Based on 44(e)) Coffee, tea, cocoa, sugar, rice, tapioca, sago, artificial coffee; flour and preparations made from cereals, namely, cereal bars, cereal-based snack food; bread, pastry and confectionery, namely, biscuits, cakes, candies being sweets, confectionery made of sugar, chocolate confections, frozen confectionery, ices; honey, treacle; yeast, baking-powder; salt, mustard; vinegar, sauces being condiments; spices; Cocoa-based beverages; chocolate-based beverages; tea-based beverages; chocolate bars; cookies; chocolate candy for use in advent calendars; candy in the nature of edible decorations for Christmas trees; chocolate candy in the form of chocolate eggs

CLASS 31: (Based on 44(e)) live animals; fresh fruits and vegetables; seeds, natural plants and flowers; foodstuffs for animals, malt for brewing and distilling

CLASS 32: (Based on 44(e)) Mineral and aerated waters and other non-alcoholic drinks, namely, beverages flavored with tea, beverages flavored with coffee; fruit drinks and fruit juices; syrups for making non-alcoholic beverages

CLASS 41: (Based on 44(e)) Education, namely, providing classes and seminars in the field of children's entertainment; providing training in the field of children's entertainment; entertainment, namely, providing play facilities for children, providing on-line interactive children's stories; Booking of seats for shows; providing information about education; entertainment information; publications, not downloadable, namely, children's books and magazines, comic books, graphic novels; publication of books; publication of electronic books and journals on-line; publication of texts, other than publicity texts; rental of show scenery; rental of stage scenery; radio entertainment, namely, on-going radio programs in the field of children's entertainment; television entertainment, namely, on-going television programs in the field of children's entertainment; rental of cine-films; toy rental; games equipment rental; videotape editing; production of radio and television programmes; music-halls; organization of fashion shows for entertainment purposes; operating lotteries; arranging of shows, namely, planning arrangement of showing shows, plays, or musical performances; organization of exhibitions for cultural or educational purposes; amusement parks; lending of books and other publications; film production, other than advertising films; production of music; publication of printed matter, in particular books, newspapers, magazines, manuals, posters and brochures; theatre productions; holiday camp services for entertainment; providing on-line computer games; providing museum exhibitions; movie studios; charitable services, namely, providing of books and educational material in the nature of books, puzzles, and magazines to those in need

OWNER OF EUROPEAN UNION , REG. NO. 008753881, DATED 06-02-2010, EXPIRES 12-14-2019

OWNER OF EUROPEAN UNION , REG. NO. 002618338, DATED 10-16-2003, EXPIRES 03-14-2022

OWNER OF EUROPEAN UNION , REG. NO. 004451001, DATED 05-30-2006, EXPIRES 05-24-2025

OWNER OF EUROPEAN UNION , REG. NO. 002618338, DATED 10-16-2003, EXPIRES 03-14-2022

The mark consists of "Le Petit Prince" in a stylized form.

The English translation of "LE PETIT PRINCE" in the mark is "THE LITTLE PRINCE".

SER. NO. 87-245,534, FILED 11-22-2016